IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS WATKINS, | : | Civil No. 1:25-CV-00495 |
| Plaintiff, | : | |
| v. | : | |
| MARC HOWELL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of January, 2026, following a telephonic discovery dispute conference with counsel for the parties and non-party Harrisburg Bureau of Police ("HBP") to discuss the disputes raised in discovery disputes letters, Doc. 27 & 28, **IT IS ORDERED AS FOLLOWS**:

1. Upon representations from counsel for the parties and HBP that they believe they can amicably execute a confidentiality agreement, no further court intervention is currently necessary on this issue. The court encourages further conferencing between counsel to finalize this agreement.

2. Upon HBP's representation that it will produce unredacted copies of HBP's OC Spray Policy once the parties execute a confidentiality agreement, no further court intervention is currently necessary on this issue.

1

3. Upon HBP's representation that it will produce a copy of the relevant body-worn camera footage with limited redactions in the form of blurring of certain individuals and subject to the anticipated confidentiality agreement, no further court intervention is currently necessary on this issue.

4. Leave is **GRANTED** for HBP to file a motion to quash Plaintiff's subpoena with respect to disclosure of all of HBP's internal affairs documents concerning Defendants Marc Howell and Esteban Restrepo. HBP shall file its motion **by February 9, 2026**. All permissible briefs in support shall also be filed **by February 9, 2026**. Plaintiff shall file his brief in opposition **by February 23, 2026**. Any reply briefs shall be filed **by March 9, 2026**.

>  s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania