IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS WATKINS, | : | Civil No. 1:25-cv-00495 |
| Plaintiff, | : | |
| v. | : | |
| POLICE OFFICER MARC HOWELL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 3rd day of March, 2026, upon consideration of the joint motion for extension of time (Doc. 41), **IT IS ORDERED THAT** the motion is **GRANTED**. The case management deadlines are **AMENDED** as follows:

| | |
|---|---|
| Discovery Disputes: | May 19, 2026 |
| Status Conference[1] | May 27, 2026, at 10:45 a.m. |
| Fact discovery: | June 30, 2026 |
| Dispositive motions and supporting briefs: | July 31, 2026 |
| Plaintiff's expert reports: | July 31, 2026 |
| Defendant's expert reports: | September 4, 2026 |
| Supplemental and rebuttal expert reports: | September 18, 2026 |
| Expert discovery: | October 16, 2026 |
| Motions in limine and supporting briefs: | November 4, 2026 |
| Pretrial memoranda: | December 2, 2026 |
| Proposed voir dire and jury instructions: | December 2, 2026 |
| Trial:[2] | January 4, 2027 |

---

[1] The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.

[2] The court schedules every civil case on its docket on a trial list date. A trial list date is distinct from a trial date certain. The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain. If any dispositive motion is filed in this case, the court will generally continue the trial list date and stay the pretrial deadlines pending resolution of the dispositive

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania

---

motion.  However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.