# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Travis Watkins, | : | |
| Plaintiff | : | |
| | : | Civil Action No. 1:25-cv-00495 |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| Police Officer Marc Howell, | : | |
| Police Officer Esteban Restrepo, | : | |
| Harrisburg Police Department | : | |
| Officer John Doe #1, Officer John | : | |
| Doe #2, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 12th day of March, 2026, after consideration of the Stipulation and Protective Order Governing Confidentiality of Documents and Information of the City of Harrisburg and/or the Harrisburg Bureau of Police, this Court recognizes the document as an agreement between the parties and will accordingly enforce it as such. In doing so, this Court expresses no opinion as to the merits of the agreement and neither approves nor disapproves of its contents.

ACCORDINGLY, IT IS HEREBY ORDERED THAT the parties' Stipulation and Protective Order is **ACCEPTED**.

BY THE COURT:

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania