

ATTORNEYS AT LAW

Christopher P. Gerber, Esquire
24 E. Market St., PO Box 565
West Chester, PA  19381-0565
Phone: 610-430-8000
Email: cgerber@lambmcerlane.com

March 20, 2026

**VIA ECF FILING ONLY**

The Honorable Jennifer P. Wilson
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

       **RE:    Watkins v. Howell, et al.**
              **Docket No. 1:25-cv-00495-JPW**

Dear Judge Wilson:

      In accordance with Your Honor's March 13, 2026 Order (ECF Doc. 46), this letter serves as notice of Defendant Marc Howell's position with respect to his pending Motion for Protective Order (ECF Doc. 32).  For the reasons stated in the notice filed by Defendant Esteban Restrepo, Officer Howell submits that the parties' Confidentiality Agreement does not moot the motion and respectfully requests Your Honor to grant his motion in its entirety.

      Thank you for your consideration.

                      Respectfully,

                      **LAMB McERLANE PC**

                      */s/ Christopher P. Gerber*
                      Christopher P. Gerber

CPG/rmm

cc:    Leticia C. Chavez-Freed, Esq. (via email & ECF)
       Andrew W. Norfleet, Esq. (via email & ECF)