**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRAVIS WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>POLICE OFFICER MARC HOWELL, *et al.*,<br><br>Defendants. | : | Civil No. 1:25-CV-00495<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 26th day of August, 2026, **IT IS ORDERED** that this matter is referred to Chief United States Magistrate Judge Daryl Bloom for assignment to a United States Magistrate Judge for the purpose of conducting a settlement conference. **IT IS FURTHER ORDERED THAT** all case management deadlines are **STAYED** pending the resolution mediation.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania