MARSHALL DENNEHEY

200 Corporate Center Drive, Suite 300, Camp Hill, PA 17011
(717) 651-3500 Fax (717) 651-3707

Direct Dial: (717) 651-3529
Email: awnorfleet@mdwcg.com

October 30, 2026

**VIA ECF FILING ONLY**

The Honorable Jennifer P. Wilson
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

**RE: *Watkins v. Howell, et al.***
**Docket No. 1:25-cv-00495-JPW**

Dear Judge Wilson:

On October 27, 2026, Your Honor issued an Order scheduling an in-person status conference in the above-captioned matter for 1:30 PM on November 4, 2026. On behalf of Defendants Marc Howell and Esteban Restrepo, we respectfully request the Court's permission to allow Neil Grover, Esquire, in his capacity as Solicitor for the City of Harrisburg, to participate in the status conference. We believe Solicitor Grover's attendance and participation will be beneficial in moving this case forward.

Leticia Chavez-Freed, Esquire, counsel for Plaintiff, Travis Watkins, does not object to this request. Thank you for your consideration of our request.

Respectfully submitted,
/s/ *Andrew W. Norfleet*
Andrew W. Norfleet

cc: Leticia Chavez-Freed, Esquire, Counsel for Plaintiff, Travis Watkins (via ECF)
Christopher Gerber, Esquire, Counsel for Defendant Marc Howell (via ECF)