**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRAVIS WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>POLICE OFFICER MARC HOWELL, *et al.*,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25-CV-00495<br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, having reviewed Defendant's letter from Andrew W. Norfleet, Esquire, Doc. 59, the court will not take any further action as to allowing Solicitor Grover to attend the hearing scheduled for 1:30 pm on November 4, 2026, as it is a public hearing that anyone can attend. To the extent the letter requests that Solicitor Grover be permitted to participate in the hearing, the request is **DENIED** because Solicitor Grover is not counsel of record for any party in this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania