IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS WATKINS, | : | Civil No. 1:25-CV-00495 |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | (Judge Wilson) |
| v. | : | |
| | : | (Chief Mag. Judge Bloom) |
| POLICE OFFICER MARC HOWELL, ET AL., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this 9TH day of November 2026, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on **January 13, 2027, at 1:00 p.m.**, in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel and named parties shall participate in the conference in-person. By **January 6, 2027**, the parties shall submit to the undersigned a brief, concise, and confidential settlement memorandum setting forth the parties' assessment of the case and settlement recommendations via email at: Magistrate_Judge_Bloom@pamd.uscourts.gov

In addition, by **January 2, 2027,** the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge